2
Douglas M. Whatley, Chapter 7 Trustee
P.O. Box 538
Folsom. CA 95763-0538
Tel:  (916) 358-9345
E-mail: 2dougwhatley@gmail.com

## UNITED   STATES   BANKRUPTCY   COURT

## EASTERN   DISTRICT   OF   CALIFORNIA

## SACRAMENTO   DIVISION

| | |
|---|---|
| In re: | Case No. 12-39943 |
| LARRY LEROY BROB ERG and CYNTHIA JEAN BROBERG | DCN:     DMW - 03<br>Date:     April 16, 2014<br>Time:     10:00 AM |
| Debtor(s). | Courtroom:  34<br>Dept: D |

**TRUSTEE'S  MOTION  TO  SELL  ESTATES INTEREST IN REAL PROPERTY**

The undersigned, Douglas M. Whatley, ("Seller') the court-appointed Trustee in the above-referenced case, hereby moves this Court for authority to sell the estate's interest in the real property (raw land) commonly known as T22N, R93W, Section 23, E1/2 NE1/4 and the NW1/4 NE1/4, known as Red Desert Land, in Sweetwater County, Wyoming. (hereinafter referred to as the "Subject Property"). The sale will be subject to existing liens and encumbrances, if any, to be paid through escrow from the proceeds of the sale. The Buyer, Emmanuel Ojebode, has offered a purchase price of $ 6,500.00. Buyer and seller shall share 50/50 the cost of escrow fees and title insurance.  The sale is an "as is" and "where is" sale with no guarantees or warrantees.

1.      Debtor filed for relief under Chapter 7 petition on November 13, 2012.

2.      The Debtor listed the Subject Property in her petition, under Schedule A – Real Property, as "Wyoming Property desert land" valued at $1,435.00 and is the subject of this sale.

3.      The Seller is unaware of any liens or encumbrances on the Subject Property, but has been informed and believes that the property is unencumbered and all taxes are current.  The Seller wishes to sell the estate's interest in the Subject Property "as is" and "where is" with no guarantees or warranties to the Mr. Emmanuel Ojebode, (hereinafter "the Buyer") for $ 6,500.00.  A copy of the Sales Agreement is Exhibit "A".  The Buyer has placed a $ 500.00 deposit with the Red Springs

Realty which is non-refundable upon Court Approval. The Seller believes it is in the best interest of the estate to sell the estate's interest in the Subject Property to the Buyer for $6,500.00.

4.    The Seller requests that the Court only approve overbids presented at the hearing that meet the following criteria:

a)  Overbidding shall start at $7,500.00 and shall be in minimum increments of $500.00.

b)  To qualify as a bidder, the bidder must bring to the Court (or if appearing by telephone, deliver to the Seller) a Cashier's Check or a Certified Check for $2,000.00.   The Cashier's Check or Certified Check shall serve as a non-refundable deposit if the overbid is successful.

c)  The successful bidder must deliver to the Seller a Cashier's or Certified check for the balance of the purchase price within 48 hours of Court approval of the sale.

d)  Escrow to close within 30 days of Court Approval

5.   The Seller further seeks authority to execute any and all additional conveyances necessary to consummate the sale. The Seller seeks specific authorization to pay through escrow for any secured liens or encumbrances which may be discovered through the title report. The Seller also seeks specific authorization to pay court-approved realtor, Rock Springs Realty, Margie Smith a commission of 1,000.00 from the sale proceeds.

6.   The Seller further seeks a waiver of the fourteen day (14) waiting period imposed by Federal Rule of Bankruptcy Procedure, Rule 6004(h).

WHEREFORE, Douglas M. Whatley, Trustee/Seller respectfully requests he be authorized to sell to Buyer the estate's interest in T22N, R93W, Section 23, E1/2 NE1/4 and the NW1/4 NE1/4, known as Red Desert Land, in Sweetwater County, Wyoming,  subject to the terms and conditions stated in the Purchase Agreement (Exhibit A) pursuant to the provisions of section 363(b) of the Bankruptcy Code to Emmanuel Ojebode (Buyer)  for $ 6,500.00 "as is" and "where is" with no warranties, guarantees of promises whatsoever; and authority to execute any and all documents that may be necessary to effectuate the sale. The Seller wishes to waive the fourteen day waiting period imposed by Federal Rule of Bankruptcy Procedure, Rule 6004(h).

Respectfully submitted,

DATED: March 6, 2014

By: /s/ Douglas M. Whatley
Douglas M. Whatley, Chapter 7 Trustee